Eastern District of Kentucky
FILED
AUG 25 2023
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**UNITED STATES OF AMERICA**

**V.** **INFORMATION NO.** 5:23-87-DCR
**18 U.S.C. § 2243(b)**

**GREGORY BARRETT**

* * * * *

**THE UNITED STATES ATTORNEY CHARGES:**

On one or more occasions, between on or about June 22, 2022, and continuing through July 5, 2022, in Fayette County, in the Eastern District of Kentucky, within the boundaries of Federal Medical Center Lexington, a federal prison,

**GREGORY BARRETT**

did knowingly engage in a sexual act with B.B., that is he caused his penis to have contact with the mouth of B.B., who was at that time in official detention and under the custodial, supervisory, and disciplinary authority of **BARRETT**, all in violation of Title 18, United States Code, Section 2243(b).

DATED: July 31, 2023, at Lexington, Kentucky.

[signature]

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not more than 15 years imprisonment, $250,000 fine, and not less than 5 years to life of supervised release.

**PLUS:** Mandatory special assessment of $100 per count, plus a mandatory special assessment of $5,000 pursuant to 18 U.S.C. § 3014

**PLUS:** Restitution, if applicable.