UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – RE-ARRAIGNMENT AND PLEA

Case No. 5: 23-CR-087-DCR At Lexington Date August 25, 2023

USA vs Gregory Barnett X present ___ custody ___ bond ___ OR Age 50

DOCKET ENTRY: The defendant appeared with counsel for waiver of Indictment, filing of an Information and entry of a guilty plea to the Information. United States Probation Officers Brian Rains and Troy Brown also were present. Proceedings were held as noted. Pursuant to the Due Process Protections Act, the Court reminded the government of its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment. The government is ordered to comply with Brady and its progeny. The failure to do so in a timely manner may result in consequences, including dismissal of the information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances. The defendant executed a Waiver of Indictment in open court. The Court found the defendant to be fully competent and capable of entering an informed plea. Further, the guilty plea is knowing and voluntary, supported by an independent basis in fact and containing the essential elements of the offense charged in the Information. The plea was accepted, and the defendant was adjudged guilty of the offense charged in the Information.

PRESENT: HON. DANNY C. REEVES, CHIEF U.S. DISTRICT JUDGE

| Lisa Moore | Elaine Haberer | none | Zachary David Dembo |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Deft Joseph Patrick Bowman X present ___ retained X appointed

PROCEEDINGS: RE-ARRAIGNMENT and GUILTY PLEA

X Waiver of Indictment executed in open court and filed. X Information filed.

X Defendant states true name is **Gregory Dale Barrett**.

X Ordered Joseph Patrick Bowman is appointed as counsel pursuant to the Criminal Justice Act.

X Defendant formally arraigned and specifically advised of rights, pursuant to Rule 11, F.R.Cr.P.

X Defendant pleads X GUILTY to the Information.

___ Defendant agrees with the facts contained in the forfeiture allegation.

X PLEA AGREEMENT filed with the Court.

___ The Jury Trial canceled as to this defendant.

X The transcript shall be deemed the written findings of the Court.

X Court orders Presentence Report, with copies to be furnished to counsel and Defendant, pursuant to Rule 32, F.R.Cr.P.

X The Defendant released on bond, conditions of release.

____ Defendant remanded to custody of the U. S. Marshal.

X Case continued until **Friday, December 15, 2023, at 9:00 a.m.** at Lexington, Kentucky, for sentencing before Chief Judge Danny C. Reeves, subject to intervening orders of the Court.

Copies: COR, USP, USM, D

Initials of Deputy Clerk lkm
TIC: /45